IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-MC-42-GCM

| | |
|---|---|
| PLANET ENERGY (ONTARIO) CORP., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| XOOM ENERGY, LLC, | )  ORDER<br>) |
| Defendant, | )<br>) |
| ALL COMMUNICATIONS NETWORK OF CANADA CO., | )<br>)<br>) |
| Intervenor. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Ryan Phillip Mellske** (Doc. No. 9), which was filed April 10, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Mellske is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Planet Energy (Ontario) Corp..

**IT IS SO ORDERED.**

Signed: April 10, 2020

Graham C. Mullen
United States District Judge