IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-00042-GCM

| | |
|---|---|
| PLANET ENERGY (ONTARIO) CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| XOOM ENERGY, LLC, | ) |
| | ) ORDER |
| Defendant, | ) |
| | ) |
| ALL COMMUNICATIONS NETWORK | ) |
| OF CANADA CO., | ) |
| | ) |
| Intervenor. | ) |

**THIS MATTER** is before the Court on Planet Energy (Ontario) Corp.'s ("Planet Energy") Ex Parte Amended Application for an Order pursuant to 28 U.S.C. 1782 ("Amended Application"). The Court is inclined to grant Planet Energy's Amended Application. If Respondent Xoom Energy, LLC ("Xoom USA") remains opposed, it may file additional briefing indicating its particularized objections to Planet Energy's production request, a revised version of which has been filed as Document 17-1. Xoom USA's additional briefing is due May 15, 2020. Planet Energy's response—if it wishes to file one—is due May 22, 2020.

**SO ORDERED**.

Signed: May 5, 2020

*Graham C. Mullen*
Graham C. Mullen
United States District Judge