THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-mc-00042-GCM

| | |
|---|---|
| **PLANET ENERGY (ONTARIO) CORP.,** <br><br> Petitioner, <br><br> vs. <br><br> **XOOM ENERGY, LLC,** <br><br> Respondent, <br><br> **ALL COMMUNICATIONS NETWORK OF CANADA CO.,** <br><br> Intervenor. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Meghan McSkimming** (Doc. No. 23), which was filed May 5, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mrs. McSkimming is admitted to appear before this court *pro hac vice* on behalf of Defendant Xoom Energy, LLC ("Xoom USA"). **SO ORDERED.**

Signed: May 5, 2020

Graham C. Mullen
United States District Judge

1