THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-mc-00042-GCM

PLANET ENERGY (ONTARIO) CORP.,

    Petitioner,

vs.

XOOM ENERGY, LLC,

    Respondent,

ALL COMMUNICATIONS NETWORK OF CANADA CO.,

    Intervenor.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Jean P. Patterson** (Doc. No. 24), which was filed May 5, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mrs. Patterson is admitted to appear before this court *pro hac vice* on behalf of Defendant Xoom Energy, LLC ("Xoom USA").

**IT IS SO ORDERED.**

Signed: May 5, 2020

Graham C. Mullen
United States District Judge

1